**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| LAUREN A. LAW, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:18-cv-05578-WMR |
| HENRY COUNTY, JOSEPH SMITH, KEITH NICHOLS, CAITLIN MCGILLICUDDY, ERNEST BLOUNT, JASON WAYMIRE, JOHN DOE 1-40, | |
| Defendant. | |

# J U D G M E N T

This action having come before the court, Honorable William M Ray, II, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous.

Dated at Atlanta, Georgia, this 13th day of February, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:   Brittany Poley
         Deputy Clerk

Prepared, Filed, and Entered in the
Clerk's Office
February 13, 2019
James N. Hatten
Clerk of Court

By:   Brittany Poley
         Deputy Clerk